```
 1  Susan St. Vincent
    Acting Legal Officer
 2  NATIONAL PARK SERVICE
    Law Enforcement Office
 3  P.O. Box 517
    Yosemite, California 95389
 4  Telephone: 209-372-0243
 5
 6
```

FILED
JUL 23 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>Plaintiff,<br><br>vs.<br><br>MADELINE C. SHAW,<br><br>Defendant. | CASE: 6:10-MJ-00095-MJS<br><br>STIPULATION TO CONTINUE INITIAL APPERANCE; AND [PROPOSED] ORDER THEREON<br><br>Court: U.S. Magistrate<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant, Madeline Shaw, that the Initial Appearance in the above-captioned matter currently scheduled for July 27, 2010 be continued, and the matter be set for Status Conference on August 24, 2010, at 10:00 a.m.

Dated: July 23, 2010

/s/ Susan St. Vincent
Susan St. Vincent
Acting Legal Officer for
National Park Service

Dated: July 23, 2010

*Madeline C Shaw*
Madeline C. Shaw
Defendant

1

\*\*\* ORDER \*\*\*

The Court, having reviewed the above request to continue the Initial Appearance, now set for July 27, 2010, HEREBY ORDERS AS FOLLOWS:

1. The Initial Appearance set for July 27, 2010 is continued..
2. The above-captioned matter is now set for Initial Appearance on August 24, 2010.

It is so ordered:

Dated: 7/23, 2010.

_____
Honorable Michael J. Seng
United States Magistrate Judge
Eastern District of California